DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RECO LATRON INGRAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1477

_____

August 30, 2024

Appeal from the Circuit Court for Pinellas County; Brett Szematowicz, Judge.

Howard L. Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANEUVA and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.